Honorable Judge Noel L. Hillman

Date 4.27.2020

RECEIVED
MAY 13 2020
AT 8:30_____M
WILLIAM T WELSH CLERK

InRE: Cares Act 2020

Dear Mr. Noel L. Hillman

This Request is being written to you per the provision of the cares act passed by the president on 3.26.2020 there are a number of criteria listed, of which i meet.

(Firstly) I am 38 years old My Crime of Conviction is Non violent, a drug Case.

I have pre-existing issues which include Bronchitis. while incarcerated at McDowell Federal prison in 2015 I tested positive For Helicobacter- H.pylori and i was given 500 MG of Amoxicillin, Clarithromycin 2x day and 20 MG omeprazole 2x day.

In 2009 i suffered a Gun shot wound to My Neck and Back and My lung was punctured and as a result i have shortness of Breath.

Then again in 2011 i was shot in the arm and My elbow was shattered and i lost a lot of Lateral Movement.

(Second) I have been incarcerated for 9 years which is approximately 53% of my sentence that I have served and i have 5 years left on my sentence.

(Third) My Custody level is suitable for a low.
In short, the B.o.p shutdown has left me unable to Program on any level this interrupting any efforts toward Rehabilitation.

(Forth) I have Completed a variety of Programs as well as Maintained Clear Conduct for some time prior to the Shutdown.
In the event that the virus does infect this Facility, a Care level one with no accomodations to deal with an epidemic the effects would be devastating! The Facility would have to Rely on out side Hospitals in the area, only overburdening and making their difficult situation virtually impossible.

The Recent infection Count of the state of New Hampshire, the state where the Federal Prison i am being housed is 1,139 with a death count of 32. This is a Considerable number for a state with such A relatively low Population.

My Release to home Confinement would remove me as another un-necessarily Confined prisoner during these trying times.

The risks of Covid-19 at My home Confinement location is well Contained and being handled.

I have offers of employment from a Caple of sources and will have No issues Maintaining such.

Sincerely

Tyren Ali  63465-050
Tyren Ali  63465-050

Federal Correctional Institution
Berlin
Po box 9000
Berlin, NH 03570

RECEIVED
MAY 13 2020
AT 8:30 ___M
WILLIAM T. WALSH CLERK

WHITE RIV JCT VT 050
28 APR 2020 P 2 L

Honorable Noel L. Hillman
Camden Federal Building & Court House
401 Market Street
Po box 2098
Camden, New Jersey 08101

08101$2098